**Cary R. Cadonau**, OSB #002245
ccadonau@brownsteinrask.com
BROWNSTEIN RASK LLP
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 412-6725
Fax: (503) 221-1074
    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, et al., | Civil No. 3:19-cv-01143-HZ |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR DEFAULT ORDER** |
| v. | |
| WILCOXSON BROTHERS INCORPORATED, | |
| Defendant. | |

    Defendant has failed to answer plaintiffs' complaint or otherwise appear in this case, and the time for appearance has expired. Plaintiffs request that an order of default be entered against defendant.

/// ///

/// ///

/// ///

Page 1 – **PLAINTIFFS' MOTION FOR DEFAULT ORDER**

This motion is made pursuant to Fed. R. Civ. P. 55(a) and is supported by the Declaration of Cary Cadonau submitted herewith.

DATED this 6th day of September 2019.

                                            **BROWNSTEIN RASK, LLP**

                                            /s/ Cary R. Cadonau
                                            Cary R. Cadonau, OSB #002245
                                            Attorney for Plaintiffs